| Com. v. Mickel | 09/21/2015 | 360 EAL (2015) | Denied | Pa.Super., 120 A.3d 1044 |
|---|---|---|---|---|
| Com. v. Mullin | 09/23/2015 | 469 MAL (2015) | Denied | Pa.Super., 120 A.3d 1066 |
| Com. v. Palmero | 09/21/2015 | 197 EAL (2015) | Denied | Pa.Super., 121 A.3d 1119 |
| Com. v. Perel | 09/16/2015 | 30 WAL (2015) | Denied | Pa.Super., 107 A.3d 185 |
| Com. v. Piazza | 09/18/2015 | 253 MAL (2015) | Denied | Pa.Super., 120 A.3d 1042 |
| Com. v. Piner | 09/23/2015 | 92 WAL (2015) | Denied | Pa.Super., 120 A.3d 374 |
| Com. v. Radecki | 09/18/2015 | 132 WAL (2015) | Denied | No. 121 WDM 2014 |
| Com. v. Rivera-Montanez | 09/21/2015 | 385 MAL (2015) | Denied | Pa.Super., 121 A.3d 1138 |
| Com. v. Roberts | 09/15/2015 | 383 MAL (2015) | Denied | Pa.Super., 121 A.3d 1135 |
| Com. v. Taulton | 09/23/2015 | 180 WAL (2015) | Denied | Pa.Super., 120 A.3d 1048 |
| Com. v. Valentine | 09/23/2015 | 800 MAL (2014) | Denied | Pa.Super., 101 A.3d 801 |
| Com. v. Vantassel | 09/21/2015 | 238 WAL (2015) | Denied | Pa.Super., 122 A.3d 442 |
| Guenther v. Zaucha Family Ltd. Partners | 09/21/2015 | 159 WAL (2015) | Denied | Pa.Super., 121 A.3d 1118 |
| Joy v. The Cutler Group | 09/23/2015 | 334 MAL (2015) | Denied | No. 3372 EDA 2014 |